# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTEN BLACKGOLD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERN VALLEY STATE PRISON CASE RECORDS, et al.,<br><br>　　　　Defendants. | Case No.: 1:21-cv-00857-NONE-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 8) |

Plaintiff Suten Blackgold is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on May 28, 2021, along with a motion to proceed *in forma pauperis*. On June 3, 2021, the Court issued Findings and Recommendations recommending Plaintiff's motion for in forma pauperis be denied because he has sufficient funds in his trust account to pay the filing fee. Inasmuch as Plaintiff paid the filing fee in full on June 28, 2021, the Findings and Recommendations issued on June 3, 2021, are vacated. Plaintiff is advised that the Court will screen his complaint in due course.

IT IS SO ORDERED.

Dated: __June 29, 2021__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1