UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTEN BLACKGOLD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON CASE RECORDS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00857-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 21, 22) |

Plaintiff Suten Blackgold is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 19, 2022, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on July 5, 2022, before Magistrate Judge Barbara A. McAuliffe, and stayed the case for eighty days. (ECF No. 21.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On May 11, 2022, Defendants filed a notice to opt out and vacate the settlement conference. Defendants believe that a conference would be a waste of resources given the investigation. (ECF No. 22.)

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for July 5, 2022, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: __May 11, 2022__

UNITED STATES MAGISTRATE JUDGE