UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTEN BLACKGOLD,<br><br>              Plaintiff,<br><br>      v.<br><br>KERN VALLEY STATE PRISON CASE RECORDS, et al.,<br><br>              Defendants. | Case No.: 1:21-cv-00857-JLT-SAB (PC)<br><br>FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 25) |

Plaintiff Suten Blackgold is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's "exhaustion" motion for summary judgment, filed July 1, 2022. (ECF No. 25.) Although the time for filing an opposition has not expired, the Court deems Plaintiff's motion suitable for review without an opposition.

Plaintiff's motion for summary judgment is procedurally deficient as it does not include a statement of undisputed facts, any supporting affidavits or declarations, and does not cite to all of the relevant portions of the record as required by Rule 56(c) of the Federal Rules of Civil Procedure. See ECF No. 25. In addition, Plaintiff is advised the failure to exhaust the administrative remedies is an affirmative defense, and Defendants bear the burden of raising and proving the absence of

exhaustion.  Jones v. Bock, 549 U.S. 199, 216 (2007); Albino v. Baca,  747 F.3d 1162, 1166 (9th Cir. 2014).  Accordingly, Plaintiff's "exhaustion" motion for summary judgment should be denied.

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with this Findings and Recommendation, the parties may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **July 5, 2022**

UNITED STATES MAGISTRATE JUDGE