**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUTEN BLACKGOLD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON CASE RECORDS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00857-JLT-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT NUGENT PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARILY DISMISSAL<br><br>(ECF No. 28) |

Plaintiff Suten Blackgold is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 25, 2022, Plaintiff filed a motion to voluntarily dismiss Defendant Nugent from this action. (ECF No. 28.) On this same date, Defendants filed a statement of non-opposition. (ECF No. 29.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), and in light of Defendants' statement of non-opposition, it is HEREBY ORDERED that the Clerk of Court shall terminate Defendant Nugent from this action.

IT IS SO ORDERED.

Dated: __July 26, 2022__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1