UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTEN BLACKGOLD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON CASE RECORDS, et al.,<br><br>　　　　Defendants. | Case No.: 1:21-cv-0857 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Docs. 25, 26) |

　　　　Suten Blackgold seeks to hold the defendants liable for violations of civil rights at Kern Valley State Prison pursuant to 42 U.S.C. § 1983. (*See* Doc. 1.)  On July 1, 2022, Plaintiff filed an "exhaustion motion [for] summary judgment" pursuant to Rule 56 of the Federal Rules of Civil Procedure.  (Doc. 25.)

　　　　The assigned magistrate judge determined Plaintiff's motion was "procedurally deficient as it does not include a statement of undisputed facts, any supporting affidavits or declarations, and does not cite to all of the relevant portions of the record as required by Rule 56(c) of the Federal Rules of Civil Procedure."  (Doc. 26 at 1.)  Due to the procedural deficiencies, the magistrate judge recommended Plaintiff's motion for summary judgment be denied on July 5, 2022. (*Id.* at 2.)

　　　　Plaintiff filed timely objections to the Findings and Recommendations on July 20, 2022.  (Doc. 27.)  With the objections, Plaintiff submits evidence—including communications and 602 forms

1

concerning their legal name change and nonbinary gender identity—to support the conclusion that the administrative remedies have been exhausted.  (*See generally* Doc. 27.)  However, this does not cure the procedural deficiencies identified by the magistrate judge.  Moreover, as the magistrate judge observed, exhaustion is an affirmative defense, and the defendants will have the burden of raising and proving Plaintiff failed to exhaust administrative remedies. *See Jones v. Bock*, 549 U.S. 199, 216 (2007); *Albino v. Baca*, 747 F.3d 1162, 1166 (9th Cir. 2014).)

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case.  Having carefully reviewed the entire matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 20, 2022 (Doc. 26), are **ADOPTED** in full; and
2. Plaintiff's motion for summary judgment (Doc. 25) is **DENIED**.

IT IS SO ORDERED.

Dated:   **September 4, 2022**                              /s/ Jennifer L. Thurston
                                                                              UNITED STATES DISTRICT JUDGE