# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTEN BLACKGOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN VALLEY STATE PRISON CARE RECORDS, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00857-JLT-SAB (PC)<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING PLAINTIFF'S DISPOSITIVE MOTION BE DENIED<br><br>(ECF No. 43) |

Plaintiff Suten Blackgold is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's "dispositive motion", filed March 21, 2023. Although the deadline to file an opposition has not expired, the Court finds it appropriate to deem the motion submitted. Plaintiff's motion consists of two pages requesting compensation based on "the Defendants initial 'malicious' and 'oppressive' behavior." (ECF No. 43.)

Plaintiff's motion for summary judgment is procedurally deficient as it does not include a statement of undisputed facts, any supporting affidavits or declarations, and does not cite to any of the relevant portions of the record as required by Rule 56(c) of the Federal Rules of Civil Procedure. See ECF No. 25. Accordingly, Plaintiff's dispositive motion filed on March 21, 2023, should be denied as procedurally deficient.

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14)**

1  **days** after being served with this Findings and Recommendation, the parties may file written
2  objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendation."  The parties are advised that failure to file objections within the
4  specified time may result in the waiver of rights on appeal.  <u>Wilkerson v. Wheeler</u>, 772 F.3d 834,
5  838-39 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

7  IT IS SO ORDERED.

8  Dated:   **March 22, 2023**

   UNITED STATES MAGISTRATE JUDGE