# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTEN BLACKGOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN VALLEY STATE PRISON CARE RECORDS, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00857-JLT-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S OBJECTIONS IN WHICH HE REQUESTS TO VOLUNTARILY DISMISS THE ACTION<br><br>(ECF No. 45) |

Plaintiff Suten Blackgold is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants N. Redmon and A. Smith for interference with Plaintiff's mail.

On March 20, 2023, Defendants filed a motion for summary judgment. (ECF No. 41.)

On March 21, 2023, Plaintiff filed a "dispositive motion." (ECF No. 44.)

On March 22, 2023, Findings and Recommendations were issued to deny Plaintiff's "dispositive motion" as procedurally deficient. (ECF No. 44.) The Findings and Recommendations advised that objections could be filed within fourteen days. (Id.)

Plaintiff filed objections on April 6, 2023. (ECF No. 45.) In his objections, Plaintiff states that he is "dropping this entire case, regarding all parties involved … due to [his] limited legal resources and the time consuming process in this whole ordeal, along with Kern Valley State Prison's lack of law library tools/access." (Id.)

1

Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>
> (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

Before Plaintiff filed his request for voluntary dismissal, Defendants filed an answer to the first amended complaint, ECF No. 20, and a motion for summary judgment, ECF No. 41. Consequently, Plaintiff may not unilaterally dismiss this case pursuant to Rule 41(a)(1)(A)(i). However, Defendants may stipulate to dismissal of this action pursuant to Rule 41(a)(1)(A)(ii).

Even if Defendants decline to stipulate, the Court may dismiss this action based upon plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that Defendants shall, within fourteen (14) days of the date of this order, file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii),[1] or otherwise respond to Plaintiff's requests for voluntary dismissal.

IT IS SO ORDERED.

Dated:   **April 7, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] In the event Defendants so stipulate, the Court will construe the parties' filings as a stipulation of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).