# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTEN BLACKGOLD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON CARE RECORDS, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00857-JLT-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION PURSUANT TO PARTIES' STIPULATION<br><br>(ECF No. 47) |

　　Plaintiff Suten Blackgold is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　On April 18, 2023, the parties filed a stipulation to voluntarily dismiss the action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 47.) The stipulation is signed and dated by both parties and indicates that each party shall bear its own litigation costs and attorney's fees.

　　Accordingly, it is HEREBY ORDERED that the instant action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: __April 18, 2023__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE